Date: 08/31/09                                                                                                                        Page:

**DIVIDENDS REMITTED TO THE COURT**

Check Number 2008 Dated 08/31/09

Case Number 09-30006 - HAEFS, TREVOR E

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| FAIRVIEW HEALTH SERV<br>P.O. BOX 147<br>MINNEAPOLIS, MN 55440-0147<br>  8798 | 000002 | 300.67 | 4.71 |
| THE DENTAL HEALTH CENTER<br>19645 PILOT KNOB RD<br>FARMINGTON, MN 55024-7239<br>  2367 | 000003 | 50.30 | 0.79 |
| ---------- Remittance Total ---------- | | 350.97 | 5.50 |

*[signature]*

MICHAEL J. IANNACONE, Trustee

# 1270

RECEIVED 09 SEP -2 AM 9:27 U.S. BANKRUPTCY COURT ST. PAUL, MN

COURT1                                                                                   Printed: 08/31/09 10:42 AM   Ver: 15.00