Date: 10/22/09 Page:

**DIVIDENDS REMITTED TO THE COURT**
Check Number 4001 Dated 10/22/09
Case Number 09-30006 - HAEFS, TREVOR E

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| TOP LINE FEDERAL CREDIT UNION<br>9353 JEFFERSON HWY<br>MAPLE GROVE, MN 55369<br>524272 | 000001A | 6,236.47 | 1.69 |
| FAIRVIEW HEALTH SERV<br>P.O. BOX 147<br>MINNEAPOLIS, MN 55440-0147<br>8798 | 000002 | 300.67 | 0.08 |
| THE DENTAL HEALTH CENTER<br>19645 PILOT KNOB RD<br>FARMINGTON, MN 55024-7239<br>2367 | 000003 | 50.30 | 0.01 |
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221<br>3574 | 000004 | 5,340.43 | 1.45 |
| Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145<br>9746 | 000005 | 13,936.10 | 3.77 |
| eCAST Settlement Corporation assignee of HSBC Bank<br>Nevada and its Assigns<br>POB 35480<br>Newark NJ 07193-5480<br>0965 | 000007 | 5,446.97 | 1.47 |
| ---------- Remittance Total ---------- | | 31,310.94 | 8.47 |

MICHAEL J IANNACONE, Trustee

Rec# 1449

09 OCT 23 AM 11:26 U.S. BANKRUPTCY COURT ST PAUL MN RECEIVED

COURT1 Printed: 10/22/09 08:55 AM Ver: 15.01